**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Derek William Veith          BK NO. 21-01063 HWV

Debtor(s)

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Jun 2021, 14:08:21, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:21-bk-01063-HWV   Doc 12   Filed 06/21/21   Entered 06/21/21 10:17:18   Desc
Main Document    Page 1 of 1
Document ID: b4f50231a0d5b6e58e0fc33ebd59a4277359537090ec2aef82263fd77e255c0f