United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Derek William Veith

Debtor

Case No. 21-01063-HWV

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek William Veith, 111 A Broad Street, Marysville, PA 17053-1331 |
| 5408978 | + | AES/PHEAAFRN, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 5408979 | + | APOTHAKER SCIAN P.C., 520 FELLOWSHIP RD, C306, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5408983 | + | COMMUNITY SERVICES GROUP INC, 320 HIGHLAND DRIVE, PO BOX 597, MOUNTVILLE, PA 17554-0597 |
| 5408985 | + | GEISINGER HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5408986 | + | HAYT, HAYT, & LANDAU, 2 INDUSTRIAL WAY WEST, PO BOX 500, EATONTOWN, NJ 07724-0500 |
| 5408991 | + | NATIONWIDE CREDIT INC, PO BOX 15130, WILMINGTON, DE 19850-5130 |
| 5408992 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5408993 | + | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5408995 | + | SARA VEITH, 111 A BROAD STREET, MARYSVILLE, PA 17053-1331 |
| 5408996 | + | TEAMCARE BEHAVIORAL HEALTH, ATTN BILLING DEPT, 1808 COLONIAL VILLAGE LANE, STE 103, LANCASTER, PA 17601-6709 |
| 5408999 | + | UNITED COLLECTION BUREAU INC, 5620 SOUTHWYCK BLVD SUITE 206, TOLEDO, OH 43614-1501 |
| 5409000 | + | WELTMAN WEINBERG & REIS MATTHEW POMY ESQ, 436 SEVENTH AVE, STE 2500, PITTSBURGH, PA 15219-1842 |
| 5409001 | + | WEST SHORE ANESTHESIA ASSOCIATES, 503 N 21ST ST, FL 2, CAMP HILL, PA 17011-2204 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5408980 | + | EDI: ARSN.COM | Aug 11 2021 22:43:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5408981 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2021 18:46:00 | CAVALRY PORTFOLIO SERVICES LLC (p), 500 SUMMIT LAKE DR, STE 400, VALHALLA, NY 10595-2322 |
| 5408982 | | EDI: PENNDEPTREV | Aug 11 2021 22:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5408982 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5408997 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 11 2021 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5408984 | | EDI: DISCOVER.COM | Aug 11 2021 22:43:00 | DISCOVER BANK BK NOTICES, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5408987 | | EDI: IRS.COM | Aug 11 2021 22:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5408988 | | EDI: JPMORGANCHASE | Aug 11 2021 22:43:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5408989 | + | EDI: MID8.COM | Aug 11 2021 22:43:00 | MIDLAND CREDIT MGMT, PO BOX 939069, SAN DIEGO, CA 92193-9069 |

| 5408990 | Email/Text: Bankruptcies@nragroup.com | Aug 11 2021 18:46:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5408994 | Email/Text: bankruptcynotices@psecu.com | Aug 11 2021 18:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5408998 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 11 2021 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021        Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kara Katherine Gendron | on behalf of Debtor 1 Derek William Veith<br>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Derek William Veith** | Social Security number or ITIN   xxx–xx–0660 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21–bk–01063–HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Derek William Veith

**By the court:**

8/11/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318

**Order of Discharge**

page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**